IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01030-MSK-KMT

IVAN LOPEZ, an individual,

        Plaintiff,

v.

NEWNET COMMUNICATION TECHNOLOGIES, LLC, a Delaware limited liability company,

        Defendant.

## ORDER

THE COURT, having reviewed the Stipulation Regarding Arbitration **(#14)** filed by the parties, being fully advised in the premises, and believing good cause exists,

**HEREBY ORDERS** that the Clerk shall administratively close this case subject to reopening for good cause shown.

DATED this 19th day of June, 2012.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge